# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0021.  KELVIN BEARD v. THE STATE.**

Kelvin Beard pled guilty to possession with intent to distribute marijuana in 1998.  On March 23, 2012, the trial court denied Beard's Petition for Writ of Error Coram Nobis.  Beard filed a petition to resubmit his petition, which the trial court denied on April 30, 2012.  Beard seeks discretionary review of the trial court's orders.  We lack jurisdiction.

Beard filed his application for discretionary appeal on July 19, 2012.[1]  A discretionary application must be filed within 30 days of entry of the order at issue.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Beard filed his application 118 days after entry of the trial court's first order and 80 days after the entry of the second order,[2] the application is untimely and is therefore DISMISSED for lack of jurisdiction.

---

[1] Beard filed his application in the Supreme Court, which transferred it to this Court.

[2] Beard's second petition was essentially a motion for reconsideration, and orders denying motions for reconsideration are not appealable in their own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/12/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*